IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NO. 7:23-CR-00037

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **ORDER TO SEAL** |
| | ) | |
| **COURTNEY CHAVIS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Upon motion of the Defendant and for good cause shown, the Court hereby ORDERS the Defendant's Motion to Continue Sentencing and the Court's Order approving the motion herein be sealed until further order of the Court.

The Court further ORDERS that the Clerk of Court may provide copies to the Defendant's Counsel.

This the 26 day of August, 2026.

[signature]
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE